# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF TENNESSEE

IN RE:                                                                             Case No. **10-12174-RM3-13**

PHILLIP DEWAYNE OSBORNE                           Chapter 13
SONIA RENNEE OSBORNE

**Notice of Final Cure Payment on PreConfirmation Arrearage**

The Trustee files Notice that the amount required to cure the preconfirmation default in the below claim has been paid in full.

**Name of Creditor:** NATIONSTAR MORTGAGE        **Court Claim no.** (if known): **6**

**Last four digits** of any number used to identify the debtor's account: **4234**

| Final Cure Amount | |
|---|---|
| Amount of Allowed PreConfirmation Arrearage | **$7,975.33** |
| Amount Paid by Trustee | **$7,975.33** |
| **Monthly Ongoing Mortgage Payment is paid:** | |
| ⦿   Thru the Chapter 13 Trustee conduit. | ○   Direct by Debtor |

Within 21 days of the service of this Notice, the creditor should file and serve on the debtor(s), debtor(s)' counsel and the trustee a statement indicating if it disagrees that the trustee has paid in full the amount required to cure the preconfirmation default.

The trustee is continuing to make payments on the post confirmation payments. The last post confirmation payment made by the trustee as of the date of this notice is applicable to the **01/15** payment.

Dated: January 29, 2015                                               Respectfully submitted,

                                                                         /s/ Henry E. Hildebrand, III
                                                                         HENRY E. HILDEBRAND, III
                                                                         CHAPTER 13 TRUSTEE
                                                                         P O BOX 340019
                                                                         NASHVILLE, TN 37203
                                                                         PHONE: 615-244-1101
                                                                         FAX: 615-242-3241
                                                                         pleadings@ch13nsh.com

cc:
PHILLIP DEWAYNE OSBORNE & SONIA RENNEE OSBORNE ; 4709 MURFREESBORO RD, FRANKLIN, TN 37067
NATIONSTAR MORTGAGE; 350 HIGHLAND DR, LEWISVILLE, TX 75067
NATIONSTAR MTG; P O BOX 199111, DALLAS, TX 75219